## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 17-cv-22929-KING

TERRY CARRAWAY, as Personal
Representative of the Estate of his deceased
son, KENTRILL CARRAWAY,

      Plaintiff,

v.

JUAN J. PEREZ, in his official capacity as
Chief of Police of Miami Dade County,
Florida, GEORGE EUGENE, and MIAMI
DADE COUNTY, Florida a political
subdivision of the State of Florida,

      Defendant.

_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Defendants' Motion to Stay Proceedings and Administratively Close Case (DE #7). Therein, Defendants seek an Order staying all proceedings and administratively closing this case pending resolution of a related state criminal and administrative investigation into the May 19, 2016 shooting death of Kentrill Carraway by Defendant Miami Dade Police Officer George Eugene. Defendants' chief argument for staying and administratively closing this case pending the resolution of that related criminal investigation is that the parties will be severely prejudiced in their quest for discovery in this matter, as Florida Law prohibits from disclosure by the State reports, physical evidence from the scene, and documents created in response to this incident. This will substantially impair both Plaintiffs' efforts to gather evidence to prove its case, and Defendants' ability to prepare its defense. Accordingly, Defendants assert a stay is warranted. Plaintiff has not responded to this Motion, and the time for doing so has passed.

The Court finds that staying this case pending the resolution of the state criminal and administrative proceedings related to the underlying incident in this case is in the interests of justice.

Therefore, it is **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. Defendants' Motion to Stay and Administratively Close this Case (DE #7) be, and the same hereby is **GRANTED**.

2. This case is hereby **STAYED** pending further Order of the Court.

3. The parties must file joint status reports every 60 days to advise the Court if the investigation conducted by the Miami-Dade Police Department and State Attorney's Office has concluded. These reports must advise the Court of the status of the investigations being conducted, and upon completion of the investigations, whether reopening the case and lifting the stay is warranted.

4. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case, pending further Order of the Court.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 5th day of February, 2018.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     **All counsel of record**